STATE of Wyoming ex rel. the STATE
BOARD OF CHARITIES & REFORM,
Appellant, (Plaintiff below),

v.

Vernon E. BOWER, Administrator of the
Estate of Daisy Wilkinson, Deceased,
Appellee, (Defendant below).

No. 2984.

Supreme Court of Wyoming.

July 18, 1961.

Norman B. Gray, Atty. Gen., for appellant.

No brief filed for appellee.

Before BLUME, C. J., and PARKER,
HARNSBERGER, and McINTYRE, JJ.

Mr. Justice HARNSBERGER delivered
the opinion of the court.

By its petition for rehearing and the brief
in support, the State attempts to reargue
matters already considered on the appeal
by continuing to insist upon the legitimacy
of the State's claim for payment of services
rendered the deceased. This does not meet
the real issue which was merely whether
the State was to be excused from following
the procedures required for the assertion
and allowance of its claim. This was sufficiently
discussed in the original opinion
and will not be reconsidered.

The further complaint that the State will
suffer loss through the negligence and carelessness
of its employees affords no lawful
nor even logical reason for giving the State
exemption from necessary procedural requirements
in order to secure payment of
its claim. The State always suffers loss
from the malfeasance or nonfeasance of its
officers and employees. The remedy is not
to hamper the administration of justice and
the probate proceedings of estates of deceased
persons by absolving the State from
observance of the State's procedural laws,
but lies in seeking redress from those responsible
for their carelessness and neglect.

The petition for rehearing is denied.

Denied.